IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-cv-61912

PATRICIA KENNEDY,
          Plaintiff,
v.

NEW GAYATRI INC,
          Defendant.
_____///

**NOTICE OF SETTLEMENT AND REQUEST
FOR 45 DAYS TO FILE DISMISSAL WITH PREJUDICE**

    Plaintiff, Patricia Kennedy, through counsel, files her Notice of Settlement advising that the parties have agreed to settle all claims asserted in this action. The parties are in the process of preparing and executing the necessary settlement documents and request 45 days within which to file a dismissal with prejudice.

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 27, 2019, I filed the foregoing using the Court's electronic filing system, which will serve all counsel of record electronically.

                                          */s/Suzette M. Marteny Moore*
                                          Suzette M. Marteny Moore
                                          FBN 668591
                                          s.moore@smoorelaw.com
                                          paralegal2@smoorelaw.com
                                          S. Moore Law PLLC
                                          4720 Cleveland Heights Blvd. #201
                                          Lakeland, Florida 33813
                                          863-229-2140 (T)/ (863) 808-0586 (F)

                                          Thomas B. Bacon
                                          Thomas B. Bacon, P.A.
                                          644 N. Mc Donald Street
                                          Mt. Dora, FL 32757
                                          ph. (954) 478-7811
                                          tbb@thomasbaconlaw.com